■ YVONNE R. WAGNER v. JOSEPH BRAUNSBERG.—Motion for leave to reargue or for resettlement, or for leave to appeal to the Court of Appeals

denied, with $10 costs. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and McNally, JJ.